# EXHIBIT "A"

Law Offices
# Pollack & Rosen, P.A.
*806 S. Douglas Rd., South Tower Suite 200 • Coral Gables, FL 33134-3157*
*Telephone (305) 448-0006 • Toll Free (888) 448-1557 • Facsimile: (305) 569-0101*

April 26, 2016

TAMYKA MAKEDA LEE
2510 Harding St
Hollywood FL 33020-2351

**ACCOUNT IDENTIFICATION**

Re: MEMORIAL REGIONAL HOSP.
Patient: TAMYKA MAKEDA LEE
Treatment Date: 08-22-15
File No: 2505836
Amount Due: $948.00

Dear TAMYKA MAKEDA LEE,

In view of your failure to make payments on the above bill, your account has been referred to us for resolution.

You can now make payments via our website at www.pollackrosen.com.

Your account is long past due and must be paid in full.

The above stated balance is due in full. Please contact our office upon receipt so that we can make the necessary arrangements regarding the payment of this obligation.

Unless you dispute the validity of this debt, or any portion thereof within thirty (30) days of receipt of this notice, our office will assume this debt is valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will, upon written request within thirty (30) days after receipt of notice, provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions, please contact this office.

Your cooperation is essential in order to resolve this matter promptly. **This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.**

Very truly yours,

Joseph F. Rosen, Esq.
Your Account Representative is: DENNISE BENITEZ

**This communication is from a debt collector.**             1963-HWPORO10-WPR-MED-1/06/10

*** Please detach the lower portion and return with your payment ***

Y1B0D247A9

806 S Douglas Rd, South Tower Ste 200
Coral Gables FL 33134-3157
ADDRESS SERVICE REQUESTED



| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW |
|---|
| MasterCard   VISA   American Express |

| CARD NUMBER | EXP. DATE |
|---|---|
| CARD HOLDER NAME | CVV |
| SIGNATURE | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 04/26/16 | 2505836 | $948.00 |

0008120024020126397033020235110-1YA1–Y1B0D247A9 1963
WPR-MED - 1963
TAMYKA MAKEDA LEE
2510 Harding St
Hollywood FL 33020-2351



Pollack & Rosen
806 S Douglas Rd
South Tower Ste 200
Coral Gables FL 33134-3157

