UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60610-UU

TAMYKA M. LEE,
on behalf of herself and
all others similarly situated,

 Plaintiff,

v.

POLLACK & ROSEN, P.A., and
JOSEPH F. ROSEN,

 Defendants.
_____/

## DEFENDANT POLLACK & ROSEN, P.A.'S
## CORPORATE DISCLOSURE STATEMENT

 Defendant, POLLACK & ROSEN, P.A., by and through the undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, hereby states that it has no parent corporation (as that term is used in Fed. R. Civ. P. 7.1), and that there is no publicly traded corporation that owns ten percent (10%) or more of its stock.

Dated:  May 9, 2017.

              Respectfully submitted,

              KAPLAN ZEENA LLP
              *Counsel for Defendants Pollack & Rosen,*
              *P.A. and Joseph F. Rosen*
              2 South Biscayne Blvd.
              One Biscayne Tower, Suite 3050
              Miami, FL  33131
              Tel:   305-530-0800
              Fax:   305-530-0801

      By: /s/  ROBIN CORWIN CAMPBELL
              JAMES M. KAPLAN
              Florida Bar No. 921040
              james.kaplan@kaplanzeena.com

susan.clark@kaplanzeena.com
ROBIN CORWIN CAMPBELL
Florida Bar No. 327931
robin.campbell@kaplanzeena.com
maria.escobales@kaplanzeena.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  9th  day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send an email notification on all counsel of parties of record on the Service List below.

By: /s/ ROBIN CORWIN CAMPBELL
ROBIN CORWIN CAMPBELL

## SERVICE LIST

Donald A. Yarbrough, Esq.
2000 E. Oakland Park Blvd.
Suite 105
Fort Lauderdale, FL  33339
Tel: 954-537-2000
Fax: 954-566-2235
E: don@donyarbrough.com

O. Randolph Bragg, Esq.
Horwitz Horwitz & Associates
25 E. Washington Street
Suite 900
Chicago, IL  60602
Tel: 312-372-8822
Fax: 312-372-1673
E: rand@horwitzlaw.com

Melanie Sue Weseman, Esq.
Pollack & Rosen, P.A.
224 Datura Street
Suite 918
West Palm Beach, FL  33401
Tel: 561-653-5573
Fax: 561-653-8252
E: melaniew@pollackrosen.com