**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60610-UU

TAMYKA M. LEE,

    Plaintiff,

v.

POLLACK & ROSEN, P.A., *et al.*,

    Defendants.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon the Final Approval Order entered concurrently with this Order. It is hereby,

ORDERED AND ADJUDGED that these cases are both CLOSED for administrative purposes. All hearings are CANCELLED. It is further

ORDERED AND ADJUDGED that the CLERK SHALL docket this Order on both of the cases captioned above.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of May, 2018.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf